

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2014

No. 04-14-00551-CV

Pablo **SOLIZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 14-02-16542-CV
Honorable David Wellington, III, Judge Presiding

## O R D E R

The clerk's record was originally due on August 14, 2014. The trial court clerk has filed a Notification of Late Record, stating the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee. The trial court clerk also states appellant has not requested the clerk's record.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than September 2, 2014</u>, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court